IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                                  CRIMINAL NO: 4:17CR*086*

TYRONE CONLEY, AKA "TWIN"                            21 U.S.C. § 846
LAMPTON EARL TURNER                                  21 U.S.C. §§ 841(a)(1) & (b)(1)(C)
CANDACE MARIE SKEEN

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

Beginning at a date unknown, but on or about January 2017, and continuing through March 2017, in the Northern District of Mississippi and elsewhere, the defendants, TYRONE CONLEY, A/K/A TWIN, LAMPTON EARL TURNER, and CANDACE MARIE SKEEN, did knowingly and willfully combine, conspire, and agree with each other, and persons both known and unknown to the Grand Jury, to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine (ICE), a Schedule II controlled substance as classified by Title 21 of the Code of Federal Regulations, Sections 1308.12(a) and (d)(2), in violation of Title 21, United States Code, Sections 841(b)(1)(C) and 846.

## COUNT TWO

On or about February 2, 2017, in the Northern District of Mississippi, the defendants, TYRONE CONLEY, A/K/A TWIN, and LAMPTON EARL TURNER, being aided and abetted each by the other, together with others known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine (ICE), a Schedule II controlled substance as classified by Title 21 of the Code

of Federal Regulations, Sections 1308.12(a) and (d)(2), in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE

On or about February 16, 2017, in the Northern District of Mississippi, the defendant, TYRONE CONLEY, A/K/A TWIN, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine (ICE), a Schedule II controlled substance as classified by Title 21 of the Code of Federal Regulations, Sections 1308.12(a) and (d)(2), in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FOUR

On or about March 3, 2017, in the Northern District of Mississippi, the defendants, TYRONE CONLEY, A/K/A TWIN, and CANDACE MARIE SKEEN, being aided and abetted each by the other, together with others known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine (ICE), a Schedule II controlled substance as classified by Title 21 of the Code of Federal Regulations, Sections 1308.12(a) and (d)(2), in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**A TRUE BILL**

_____
**UNITED STATES ATTORNEY**
*acting*

/s/signature redacted_____
**FOREPERSON**